## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of Texas and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been submitted to the Clerk's Office.

Dated: June 25, 2012

By: _____
HAO NI (TX SB # 24047205)
Email: hni@nilawfirm.com
NI LAW FIRM, PLLC
3102 Maple Ave. Suite 400
Dallas, Texas 75201
(214) 800-2208
(214) 880-2209

**ATTORNEY FOR PLAINTIFF,
PARALLEL IRON, LLC**