IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARALLEL IRON, LLC<br><br>Plaintiff,<br><br>v.<br><br>ADKNOWLEDGE, INC.,<br><br>Defendant. | C.A. No. 12-762-RGA |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff Parallel Iron, LLC and defendant Adknowledge, Inc. in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between plaintiff Parallel Iron, LLC and defendant Adknowledge, Inc., are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "**AGREEMENT**" and dated July 16, 2013.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

IT IS SO ORDERED this 1st day of August, 2013.

_____
United States District Judge